Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12−15920−GMB
Chapter: 7
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexander J Kaganovich
27 Whyte Drive
Voorhees, NJ 08043

Elena G Kaganovich
27 Whyte Drive
Voorhees, NJ 08043

Social Security No.:
  xxx−xx−7433                          xxx−xx−6738

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Linda L. McMackin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 1, 2013</u>            <u>Gloria M. Burns</u>
                                       Judge, United States Bankruptcy Court